Steudle v. Manthie et. al., 185 Ill. App. 576.

## Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 65*—*when company liable for work and materials furnished on its request.* In an action against a company to recover for labor and materials furnished in repairing a heating plant in a building occupied by it, at the request of the defendant through its president, *held* that the evidence was sufficient to show that the defendant was liable, and a judgment in favor of defendant was reversed.

---

## Richard G. Steudle, trading as Richard G. Steudle & Company, Defendant in Error, v. Charles Manthie and Mrs. Charles Manthie, Plaintiffs in Error.

### Gen. No. 19,195. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed. Opinion filed March 31, 1914.

### Statement of the Case.

Action by Richard G. Steudle, trading as Richard G. Steudle & Company, against Charles Manthie and Mrs. Charles Manthie to recover the sum of $42.50 alleged to be due for work and materials furnished in repairing an automobile owned by the defendants. Suit was dismissed for want of prosecution and judgment entered in favor of defendant for cost. Three months and twenty-three days after the entry of the order, on motion of plaintiff, the court vacated the order of dismissal and judgment and reinstated the cause without any petition or affidavits being filed in support of his motion to vacate the order, and without any showing made by him upon which the trial court based its action. To reverse the order vacating the judgment, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

ELIOT H. EVANS, for plaintiffs in error.

N. A. STERN, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 19*—*mode of vacating judgments after thirty days from time of entry.* After thirty days from the entry of a judgment in the Municipal Court, the court has no jurisdiction to vacate the judgment and reinstate the cause without a petition and affidavits being filed in support of a motion to vacate the same. Section 21 of the Municipal Court Act, J. & A. ¶ 3333, provides for the only method of giving to the Municipal Court jurisdiction to vacate judgments after thirty days from the entry thereof.

---

## John F. Reif, trading as Vortex Blow Pipe Company, Defendant in Error, v. Commercial Cabinet Company, Plaintiff in Error.

## Gen. No. 19,213. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed. Opinion filed March 31, 1914. Rehearing denied April 15, 1914.

## Statement of the Case.

Action by John H. Reif, trading as Vortex Blow Pipe Company, against Commercial Cabinet Company, a corporation, to recover for work and materials furnished to defendant under a written contract. The contract was attached to plaintiff's statement of claim and was written on a letter head of the defendant Company and signed by Louis Kirmse. The defense

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.
Vol. CLXXXV 37